**Appeal Dismissed and Memorandum Opinion filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00662-CV

---

## D SAM EVENTS A/K/A DEE SAM EVENTS AND DORWIN SAMUEL, Appellants

## V.

## AMERICAN EXPRESS NATIONAL BANK, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1153438**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 18, 2020. The notice of appeal was filed September 25, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On January 5, 2021, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay

for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.